**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 09 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | NO. 1:19-CR-11 Crone-Hawthorn |
| ANTHONY MILLER | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 1791(a)(2)
(Inmate in Possession of a Prohibited Object)

On or about August 11, 2018, **Anthony Miller**, defendant, being an inmate of the Federal Correctional Complex, Beaumont, Texas, located in the Eastern District of Texas, did knowingly possess a prohibited object, namely a weapon, that is, an approximately five-and-one-half inch object, sharpened to a point on one end and wrapped with a cloth on the other end, as an object that was designed and intended to be used as a weapon.

In violation of 18 U.S.C. § 1791(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
United States Attorney

_____      ___1/9/19_____
K. P. KENNEDY GATES     Date
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | NO. 1:19-CR-__11__ |
| ANTHONY MILLER | | |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. § 1791(a)(2)* |
| Penalty: | Imprisonment of not more than five years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years. |
| Special Assessment: | $100.00 |

*NOTE: Any punishment imposed for a violation of 18 U.S.C. § 1791(a)(2) by an inmate shall be consecutive to the sentence being served by such inmate at the time the inmate committed such violation.